AO91 (Rev. 12/03)  Criminal Complaint                                                      AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**
**vs.**

**CRIMINAL COMPLAINT**

Case Number: 7:16-po-02556

Luis Nabor AGUILAR-Rubio
IAE A094 935 491
Mexico 1987

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **April 26, 2016** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Luis Nabor AGUILAR-Rubio was encountered by Border Patrol Agents near Roma, Texas on April 26, 2016. When questioned as to his citizenship, defendant stated that he was a citizen and national of the United Mexican States, who had entered the United States illegally on April 26, 2016 by rafting across the Rio Grande River near the Roma, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ Armendariz Jr, Francisco  Border Patrol Agent
Signature of Complainant

Armendariz Jr, Francisco    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

April 27, 2016                              at    McAllen, Texas
Date                                                City/State

Peter E Ormsby          U.S. Magistrate Judge
Name of Judge          Title of Judge                    Signature of Judge